UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-1585-DMG (FFMx)** | Date | March 4, 2020 |
| Title | *Katherine Weaver v. City of Montebello* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S LOCAL RULES AND CASE MANAGEMENT ORDER**

The parties stipulated to continue the Final Pretrial Conference in this matter to March 17, 2020. [Doc. # 40]. In approving the stipulation, the Court ordered the parties to file certain required pretrial documents, including the proposed Final Pretrial Conference Order, by February 25, 2020. [Doc. # 41.] Despite that Order, the parties have filed none of the required documents.

The Court's Local Rules provide that the proposed Final Pretrial Conference Order "shall be prepared by plaintiff's counsel and signed by all counsel." C.D. Cal. L.R. 16-7. The Court's Case Management Order ("CMO") [Doc. # 32] also mandates compliance with the Local Rules when submitting a proposed Final Pretrial Conference Order. *See* CMO at 5-6. Given these requirements, Plaintiff is **ordered to show cause** why the Court should not impose monetary sanctions on her and/or her counsel or dismiss this action for lack of prosecution for failure to comply with the Court's instructions and Local Rules regarding pretrial procedure. **Plaintiff shall submit a written response by March 6, 2020.**

**IT IS SO ORDERED.**

CV-90   **CIVIL MINUTES—GENERAL**   Initials of Deputy Clerk KT